Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com

*Attorneys for Defendant*
*First Premier Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICKLAUS MONTEY AND DENISE LANGHOFF, | CASE NO.  2:21-CV-02224-GMN-DJA |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME FOR FIRST PREMIER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| FIRST PREMIER BANK, | **(Second Request)** |
| Defendants. | |

Defendant First Premier Bank's response to Plaintiffs Nicklaus Montey and Denise Langhoff's s complaint currently is due February 2, 2022.  First Premier Bank has requested, and Plaintiffs have agreed, that First Premier Bank has up to and including March 2, 2022 to respond to Plaintiffs' complaint, to provide time for First Premier Bank to investigate Plaintiffs' allegations and for the parties to discuss a potential early resolution of the claims asserted against First Premier Bank.

*[Continued on following page.]*

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

DMFIRM #401685879 v1

1    This is the second request for such an extension, and it is made in good faith

2 and not for purposes of delay.

3 Dated:  February 2, 2022

4 BALLARD SPAHR LLP                          KRIEGER LAW GROUP LLC

5
By: /s/ Joel Tasca                          By: /s/ Shawn Miller
6 Joel E. Tasca                              David Krieger
  Nevada Bar No. 14124                       Nevada Bar No. 9086
7 1980 Festival Plaza Drive, Suite 900       Shawn Miller
  Las Vegas, Nevada 89135                    Nevada Bar No. 7825
8                                            2850 W. Horizon Ridge Pkwy., Suite 200
  Attorneys for Defendant                    Henderson, Nevada 89074
9 First Premier Bank                         (702) 848-3855
                                             dkrieger@kriegerlawgroup.com
10                                           smiller@kriegerlawgroup.com

11                                           Attorneys for PlaintiffS

12

13

14                                           **ORDER**

15                                           IT IS SO ORDERED:

16

17                                           UNITED STATES MAGISTRATE JUDGE

18
                                             DATED:  February 3, 2022
19

20

21

22

23

24

25

26

27

28