1 Joel E. Tasca
Nevada Bar No. 14124
2 BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
3 Las Vegas, Nevada 89135
Telephone:  702.471.7000
4 Facsimile:  702.471.7070
tasca@ballardspahr.com
5
*Attorneys for Defendant*
6 *First Premier Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| NICKLAUS MONTEY AND DENISE LANGHOFF,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST PREMIER BANK,<br><br>Defendants. | CASE NO. 2:21-CV-02224-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FIRST PREMIER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Third Request) |
|---|---|

Defendant First Premier Bank's response to Plaintiffs Nicklaus Montey and Denise Langhoff's s complaint currently is due March 2, 2022.  First Premier Bank has requested, and Plaintiffs have agreed, that First Premier Bank has up to and including March 16, 2022 to respond to Plaintiffs' complaint, to provide time for First Premier Bank to investigate Plaintiffs' allegations and for the parties to discuss a potential early resolution of the claims asserted against First Premier Bank.

*[Continued on following page.]*

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

Dated:  March 2, 2022

| BALLARD SPAHR LLP | KRIEGER LAW GROUP LLC |
|---|---|
| By:  /s/ *Joel E. Tasca*<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*First Premier Bank* | By:  /s/ Shawn Miller<br>David Krieger<br>Nevada Bar No. 9086<br>Shawn Miller<br>Nevada Bar No. 7825<br>2850 W. Horizon Ridge Pkwy., Suite 200<br>Henderson, Nevada 89074<br>(702) 848-3855<br>dkrieger@kriegerlawgroup.com<br>smiller@kriegerlawgroup.com<br><br>*Attorneys for PlaintiffS* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  March 3, 2022